UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **Justin Hatcher** § | |
| § | |
| Plaintiff, § | |
| § | **Case No. 4:23-cv-00966** |
| v. § | |
| § | |
| **Sallie Mae Bank and Equifax Information** § | |
| **Services, LLC** § | |
| § | |
| Defendants. § | |

## DEFENDANT SALLIE MAE BANK'S FEDERAL REMOVAL NOTICE

Defendant Sallie Mae Bank (**SMB**) removes plaintiff Justin Hatcher's state court action to this court pursuant to 28 USC §§ 1331 and 1441.

### I. STATEMENT OF THE CASE

1. On August 21, 2023, Mr. Hatcher sued SMB and Equifax Information Services, LLC in the 352nd judicial district court of Tarrant County, Texas, case 352-344804-23. (Ex. 1, Orig. Pet.) He alleges SMB erroneously negatively reported his student loan account as delinquent to the credit reporting bureaus, notwithstanding an alleged settlement of the account. (*Id*. at ¶¶ 16-19.) He further alleges SMB failed to (**1**) investigate his account disputes and provide the investigation results to the credit reporting bureaus, and (**2**) modify the inaccurate information on his credit reports. (*Id*. at ¶¶ 37, 38.) He further claims Equifax failed to (**1**) delete the inaccurate information, (**2**) properly investigate his disputes, and (**3**) follow reasonable procedures to assure accuracy of his credit reports. (*Id*. at ¶¶ 39, 40.) Based on these allegations, he asserts violations of the federal Fair Credit Reporting Act (**FCRA**). (*Id*. at ¶¶ 32-42.) He seeks actual and punitive damages, attorneys' fees, and costs. (*Id*. at Prayer for Relief.)

## II. BASIS FOR FEDERAL QUESTION JURISDICTION

2. Under the "well-pleaded complaint rule," federal question jurisdiction is appropriate "when a federal question is presented on the face of the plaintiff's properly pleaded complaint." *Caterpillar Inc. v. Williams,* 482 U.S. 386, 392 (1987). This court has federal question jurisdiction because Mr. Hatcher asserts a single claim under FCRA pursuant to 15 USC § 1681, *et seq*. (Orig. pet. At ¶¶ 32-42.)

## III. PROCEDURAL REQUIREMENTS SATISFIED

3. Removal is timely under 28 U.S.C. § 1446(b) because it is filed within thirty days of SMB's receipt of the petition and citation through service of process or otherwise. Venue is proper in this court because the United States District Court for the Northern District of Texas, Fort Worth Division embraces the place in which the state court action was pending. 28 USC § 1441(a). Defendant Equifax Information Services, LLC consents to removal. Notice will be sent to the state court regarding this removal. A true and correct copy of all the process, pleadings, and orders on file in the state court action are attached as exhibits 1-7.

## V. CONCLUSION

This court should exercise federal question jurisdiction because Mr. Hatcher asserts federal claims.

Date: September 21, 2023                     Respectfully submitted,

                                                     */s/ Taylor D. Hennington*
                                        Taylor D. Hennington, SBN: 24116508
                                        thennington@hinshawlaw.com
                                        **HINSHAW & CULBERTSON LLP**
                                        1717 Main Street, Suite 3625
                                        Dallas, Texas 75201
                                        Telephone: 945.229.6384
                                        Facsimile:  312.704.3001

                                        **ATTORNEY FOR DEFENDANT**
                                        **SALLIE MAE BANK**

**CERTIFICATE OF SERVICE**

      A true and correct copy of this document was served on September 21, 2023 as follows:

**Via ECF &**
**CMRRR No.  9589 0710 5270 0595 2070 27**
Thomas J. Bellinder
Law Offices of Robert S. Gitmeid & Associates, PLLC
180 Maiden Lane, 27th Floor
New York, New York 10038
*Plaintiff's Counsel*

Forrest M. "Teo" Seger III
Clark Hill PLC
2301 Broadway Street
San Antonio, Texas 78215

Alyson M. Acheson
Clark Hill PLC
901 Main Street, Suite 6000
Dallas, Texas 75202
*Counsel for Defendant*
*Equifax Information Services LLC*

                                                   */s/ Taylor D. Hennington*
                                        Taylor D. Hennington