IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JUSTIN HATCHER | § | |
| | § | |
| VS. | § | ACTION NO. 4:23-CV-966-Y |
| | § | |
| SALLIE MAE BANK, ET AL. | § | |

## FINAL JUDGMENT

This judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the parties' joint stipulations of dismissal (docs. 16, 19) this case is **DISMISSED with prejudice**. The parties shall each bear their respective costs and attorney's fees. The clerk of the Court shall transmit a true copy of this judgment to the parties.

SIGNED February 7, 2024.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE